**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BERTHA MARTINEZ, | ) | NO. ED CV 17-314-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

DATED: August 25, 2017.

/s/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE